IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELIZABETH KINNAN, ) <br> ) <br>        Plaintiff, ) <br> ) <br>           v. ) <br> ) <br> Commissioner of Social Security, ) <br> ) <br>        Defendant. ) <br> _____) | Case No. 07-3009-HO <br><br> JUDGMENT |

    The decision of the Commissioner is reversed and remanded for an award of benefits.

    DATED this __15th__ day of __July__, 2008.

                                          s/ Michael R. Hogan
                                      UNITED STATES DISTRICT JUDGE